

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| Linda Guillermina Pedroza, | § | No. 08-16-00221-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| Tenet Healthcare Corp., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2015CCV01210) |
|  | § | |

## **O R D E R**

Pending before the Court is Appellee's motion to strike volume 2 of the supplemental clerk's record filed on January 24, 2018. The motion to strike is GRANTED. Further, Appellant is instructed that she may not cause any additional supplemental clerk's records to be filed without first obtaining leave of court by filing a motion to supplement the record.

IT IS SO ORDERED this 22nd day of February, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.